IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 15-cv-0975-JLK

MAURICE DOUGLAS COOPER,

    Plaintiff,

v.

JOHN OR JANE DOE 1 and 2,
Colorado Springs police officers,

    Defendants.

## APPOINTMENT ORDER

In accordance with D.C.COLO.LAttyR 15 of the U.S. District Court's Local Rules, the Court hereby conditionally determines that Plaintiff merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;

    2) the potential merit of the claims or defenses of the unrepresented party;

    3) the demonstrated inability of the unrepresented party to retain an attorney by other means; and

    4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel.

Accordingly, it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent the unrepresented party in this civil matter. The unrepresented party is advised that the clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case selected as part of the Pilot Program. The Court cautions

that the plaintiff is responsible for all scheduled matters, including hearings, depositions, motions and trial.

Should the Clerk identify counsel willing to represent Plaintiff in this matter, said counsel shall undertake a review of Plaintiff's ability to retain counsel by other means and the merits of Plaintiff's claims.  In the event said counsel determines that Plaintiff either is able to retain an attorney without the Court's assistance, or that Plaintiff's claims are substantially lacking in merit, said counsel shall notify the Court immediately and may request to be withdrawn as counsel of record in this matter.

Dated at Denver, Colorado this 7th day of July, 2015.

                                              s/ John L. Kane  
                                              Senior U.S. District Judge